IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, #140252, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-412-MHT |
| | ) | [WO] |
| SHERIFF ANDY R. HUGHES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge that (1) the defendants' motion for summary judgment be granted; (2) judgment be granted in favor of the defendants and against the plaintiff; and (3) the costs of this proceeding be taxed against the plaintiff.  After a review of the recommendation, to which the plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  An appropriate judgment will be entered.

DONE, this the 20th day of September, 2010.

       /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE