IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, #140252, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-412-MHT |
| | ) | [WO] |
| SHERIFF ANDY R. HUGHES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 30) is adopted.

(2) The defendants' motion for summary judgment is granted.

(3) Judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

(4) The costs of this proceeding are taxed against the plaintiff, for which the execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of September, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE